IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Robert D. Quick,<br><br>        Petitioner,<br><br>v.<br><br>Dora Schriro,<br><br>        Respondent. | No. CV 05-2340-PHX-ROS<br><br>**ORDER** |

On August 5, 2005, Petitioner filed a pro se Petition for Writ of Habeas Corpus (Doc. #1). On March 12, 2007, Magistrate Judge Jay R. Irwin issued a report and Recommendation ("R&R") recommending that the petition be dismissed with prejudice (Doc. #17). On March 27, 2007, the Court granted Petitioner an extension of time until April 20, 2007 to file Objections to the R&R. The Court granted Petitioner a thirty day extension, despite the fact that Petitioner requested ninety days. On April 30, 2007, Petitioner again requested the ninety day extension. The Court will grant the ninety day extension, which makes the deadline for filing Objections to the R&R June 20, 2007. As of today, Petitioner has not filed any Objections.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if*

1. *objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121
2. (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219,
3. 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of
4. factual and legal issues is required if objections are made, 'but not otherwise.'").  District
5. courts are not required to conduct "any review at all . . . of any issue that is not the subject
6. of an objection."  Thomas v. Arn, 474 U.S. 140, 149 (1985).  No objection having been
7. made, the Court will adopt the R&R in full.

    Accordingly,

    **IT IS ORDERED** that Petitioner's Motion for Extension (Doc. #20) is **GRANTED**.

    **IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. #17) is **ADOPTED** and this case is **DISMISSED WITH PREJUDICE**.

    DATED this 27th day of June, 2007.

    _____
    Roslyn O. Silver
    United States District Judge